## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Hugh Robert Flaherty aka Hugh R.**
**Flaherty, aka Hugh Flaherty**

**Maureen Flaherty**

                    **Debtor(s)**

BK NO. 22-02196 MJC

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                        Respectfully submitted,

                  /s/Brian C. Nicholas (Atty ID: 317240)
                  Brian Nicholas
                  18 Nov 2022, 16:59:41, EST

                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  215-627-1322

Document ID: 583d6cb70b1f23904405f901e9049205ce9adef6b940269dfcb70ae3b19ca934