In re:  
Hugh Robert Flaherty  
Maureen Flaherty  
    Debtors

Case No. 22-02196-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 19, 2022     Form ID: ntcnfhrg     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hugh Robert Flaherty, Maureen Flaherty, 175 Lookout Drive, Albrightsville, PA 18210-7758 |
| 5506057 | + | BLOOMFIELD FIREMEN FCU, 375 FRANKLIN STREET, BLOOMFIELD, NJ 07003-3414 |
| 5506062 | | RCI, CHARLESTON, WV |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 19 2022 18:41:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506056 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 19 2022 18:41:18 | BEST EGG, 1523 CONCORD PIKE, SUITE 201, WILMINGTON, DE 19803-3656 |
| 5506058 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2022 18:41:10 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5506059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2022 18:51:45 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5511068 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2022 18:41:24 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5506060 | | Email/Text: mrdiscen@discover.com | Dec 19 2022 18:40:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 5506798 | | Email/Text: mrdiscen@discover.com | Dec 19 2022 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5506061 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2022 18:40:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5511061 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2022 18:41:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5506063 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 19 2022 18:40:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5510040 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2022 18:41:12 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5510423 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 19 2022 18:40:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5506064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2022 18:41:20 | SEARS/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5506065 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:25 | SYNCB/AMAZON PLCC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5506066 | | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | |
|---|---|---|---|
| | | Dec 19 2022 18:41:18 | SYNCB/CARE CREDIT, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 5506067 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:26 | SYNCB/JC PENNEYS, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 5506096 | + Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 18:41:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506068 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 18:41:11 | WELLS FARGO CARD SERVICES, CREDIT BUREAU DISPU RES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5506069 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 18:41:18 | WELLS FARGO DLR SVC/WACH DLS, PO BOX 1697, WINTERVILLE, NC 28590-1697 |
| 5510111 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 18:41:11 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Hugh Robert Flaherty lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Maureen Flaherty lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Hugh Robert Flaherty, <br> aka Hugh R. Flaherty, aka Hugh Flaherty, | Chapter 13 |
| **Debtor 1** | Case No. 5:22−bk−02196−MJC |
| Maureen Flaherty, | |
| **Debtor 2** | |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 26, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: February 2, 2023 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 19, 2022 |

ntcnfhrg (08/21)