Newman Williams, P.C.
ATTORNEYS AT LAW
A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

March 23, 2023

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

        *RE:   Hugh & Maureen Flaherty*
                *Case No. 5:22-bk-02196*

Dear Clerk:

    We have been advised of a change of address for a creditor in the above-referenced case, as follows:

        RCI North America
        9998 N Michigan Avenue
        Carmel, IN 46032

    Please correct the docket and mailing matrix accordingly. Thank you.

                                    Very truly yours,

                                    */s/ Vincent Rubino*

                                    Vincent Rubino