# United States Bankruptcy Court

## Middle District of Pennsylvania (Wilkes-Barre)

IN RE: HUGH FLAHERTY  
MAUREEN FLAHERTY

CASE NO.: 22-02196  
CHAPTER: 13

Debtors

### Change of address – Payment for Creditor

As to Claim 4-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372  
Creditor email address: bkchapter13@wellsfargo.com

11/17/2025

/s/Lisa Johnson  
Account Resolution Associate Manager  
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)  
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: HUGH FLAHERTY  
MAUREEN FLAHERTY

CASE NO: 22-02196  
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/17/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:  
Lisa Johnson  
Account Resolution Associate Manager

☐ By mail:  
[Name]  
[Address]

☐ By [Method of delivery]:  
[Name]  
[Address]

11/17/2025

/s/Lisa Johnson  
Account Resolution Associate Manager  
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)  
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:22-bk-02196-MJC    Doc 41    Filed 11/17/25    Entered 11/17/25 12:50:09    Desc
Main Document    Page 2 of 2