## United States Bankruptcy Court

### Middle District of Pennsylvania (Wilkes-Barre)

| IN RE: | HUGH FLAHERTY | CASE NO.: 22-02196 |
|---|---|---|
| | MAUREEN FLAHERTY | CHAPTER: 13 |

Debtors

**Change of address – Payment for Creditor**

As to Claim 4-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

| 11/17/2025 | /s/Lisa Johnson |
| | Account Resolution Associate Manager |
| | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto |

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:22-bk-02196-MJC    Doc 42    Filed 11/18/25    Entered 11/18/25 13:04:22    Desc
Main Document    Page 1 of 2

# Certificate of Service

Middle District of Pennsylvania (Wilkes-Barre)

| | | | |
|---|---|---|---|
| IN RE: | HUGH FLAHERTY | CASE NO: | 22-02196 |
| | MAUREEN FLAHERTY | CHAPTER: | 13 |

    Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/17/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

11/17/2025                                          /s/Lisa Johnson
                                                                          Account Resolution Associate Manager
                                                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 5:22-bk-02196-MJC    Doc 42    Filed 11/18/25    Entered 11/18/25 12:30:49    Desc
Main Document    Page 2 of 2